UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| R WAYNE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| U.S. MARINE CORPS and JANE - JOHN DOES 10-150, | ) | 7:24-CV-425-BO-RJ |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Robert B. Jones, Jr. [DE 7].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs objection is overruled and the M&R is ADOPTED in its entirety. The complaint is hereby DISMISSED and the motion to proceed *in forma pauperis* [DE 3] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on April 15, 2025, and served on:**
R. Wayne Johnson (via US Mail to Beauford H. Jester III Unit, 3 Jester Road, Richmond, TX 77406)

April 15, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk